UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LEKENDRICK LEWUN MURPHY,

               Plaintiff,

                                    Case No. 08-CV-13837
v.

                                    HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY

               Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION and GRANTING DEFENDANT'S MOTION TO DISMISS

This is a social security case.  Plaintiff, who is proceeding <u>pro se</u> and <u>in forma pauperis</u>, seeks supplemental security income.  On March 9, 2009, the Commissioner filed a motion to dismiss claiming that Plaintiff has failed to exhaust his administrative remedies.  On July 1, 2009, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R") in which she recommends that the Commissioner's motion be granted and the case be dismissed.

Neither party has filed objections to the R&R and the time to do so has expired.  Accordingly, the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court.  The Commissioner's motion to dismiss is GRANTED.  This case is DISMISSED.

SO ORDERED.

                                   s/Avern Cohn
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2009

I hereby certify that a copy of the foregoing document was mailed to LeKendrick Lewun Murphy, 312 West Huron, Ann Arbor, MI 48104 and  the attorneys of record on this date, August 3, 2009, by electronic and/or ordinary mail.


 s/LaShawn R. Saulsberry
Case Manager, (313) 234-5160